THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFERY DORMU,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | )   **Civ. Action No: 08-00309(HHK)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) |
| | ) |
|       **Defendants** | ) |
| _____ | ) |

**DEFENDANTS MAURICE CLIFFORD, SCOTT PINTO, JEFFREY JANCZYK
AND RAMEY KYLE'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants Maurice Clifford, Scott Pinto, Jeffrey Janczyk and Ramey Kyle, by and through counsel, answer the Complaint herein as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

In response to the specifically numbered paragraphs set forth in the Complaint, defendants respond in like-numbered paragraphs as follows:

1. The allegations in paragraph 1 are the legal conclusions of the pleader to which no response is required.

2. Defendants deny that the incident(s) occurred as alleged in the Complaint, and therefore deny the allegations in paragraph 2.

3. Defendants admit that the District of Columbia is a municipality and that the D.C. Metropolitan Police Department is an agency within the District government.

4. Defendants admit that they are officers of the D.C. Metropolitan Police Department.

5. Denied.

6. Denied.

7. The allegations in this paragraph are a legal conclusion to which no response is needed.

## COUNT I-ASSAULT AND BATTERY

8. Defendants incorporate their responses to paragraphs 1 through 7 as if separately set forth herein.

9. Denied

## COUNT II-FALSE ARREST

10. Defendants incorporate their responses to paragraphs 1 through 9 as if separately set forth herein.

11. Denied.

## COUNT III-FALSE IMPRISONMENT

12. Defendants incorporate their responses to paragraphs 1 through 11 as if separately set forth herein.

13. Denied.

### COUNT IV-EXCESSIVE FORCE

14. Defendants incorporate their responses to paragraphs 1 through 13 as if separately set forth herein.

15. Denied.

### COUNT V- MALICIOUS PROSECUTION

16. Defendants incorporate their responses to paragraphs 1 through 15 as if separately set forth herein.

17. Defendants admit that Plaintiff was found not guilty of criminal charges stemming from his arrest. The remainder of the allegations in paragraph 17 of the Complaint are denied.

### COUNT VI-ABUSE OF PROCESS

18. Defendants incorporate their responses to paragraphs 1 through 17 as if separately set forth herein.

19. Denied.

### COUNT VII-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

20. Defendants incorporate their responses to paragraphs 1 through 19 as if separately set forth herein.

21. Denied.

### COUNT VIII-NEGLIGENCE

22. Defendants incorporate their responses to paragraphs 1 through 21 as if separately set forth herein.

23. Denied.

### COUNT IX-NEGLIGENT HIRING, RETENTION AND SUPERVISION

24. Defendants incorporate their responses to paragraphs 1 through 23 as if separately set forth herein.

25. The allegations in this paragraph are not directed to these defendants and do not require a response. To the extent a response is required, these defendants admit they were hired by the District of Columbia. The defendants deny the remaining allegations.

### COUNT X-CIVIL RIGHTS VIOLATIONS; 42 U.S.C. § 1983

26. Defendants incorporate their responses to paragraphs 1 through 25 as if separately set forth herein.

27. Denied.

Further answering, these Defendants deny all allegations not specifically admitted herein or otherwise responded to.

### Third Defense

Plaintiff's claims do not rise to the level of a constitutional violation against these defendants.

### Fourth Defense

Plaintiff cannot establish that these defendants violated his constitutional rights.

### Fifth Defense

These Defendants deny all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate

indifference, and unconstitutional policy or custom.

### Sixth Defense

These Defendants are protected by qualified immunity and/or have a privilege for any conducted they committed on the date of the alleged incidents set forth in the Complaint.

### Seventh Defense

If plaintiff was injured or damaged as alleged, such injuries were the result of his own intentional, illegal or otherwise wrongful conduct.

### Eighth Defense

The action may be barred by the statute of limitations, and/or laches.

### Ninth Defense

If plaintiff was injured and damaged as alleged in the complaint, such injuries and damages were the result of his own sole or contributory negligence and/or his assumption of the risk.

### Tenth Defense

If plaintiff was injured and damaged as alleged in the complaint, such injuries and damages were the result of a person or persons other than these defendants.

### Eleventh Defense

If plaintiff was injured or otherwise damaged as alleged in the complaint, such injuries and/or damages were the result of the plaintiff's sole, joint, or concurring negligence with a person or persons other than these defendants.

### Twelfth Defense

Plaintiff may have failed to mitigate his damages.

### Thirteenth Defense

5

The action may be barred by issue or claim preclusion, or not yet have accrued.

## **Jury Demand**

These defendants hereby demand a trial by jury on all issues so triable.

          Respectfully submitted,

          PETER J. NICKLES
          Interim Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General,
          Civil Litigation Division

          */s/Patricia A. Jones*
          PATRICIA A. JONES [428132]
          Chief, General Litigation Sec. IV

          */s/C. Vaughn Adams*
          C. VAUGHN ADAMS [449770]
          Assistant Attorney General
          441 Fourth Street, N.W.
          Sixth Floor South
          Washington, D.C. 20001
          (202) 442-9840; (202) 727-6295
          (202) 727-3625 (fax)
          E-mail: corliss.adams@dc.gov