UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY DORMU,** : | |
| : | |
| Plaintiff, : | CA No.: 1:2008-CV-00309 |
| : | Judge Kennedy |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, ET AL.** : | |
| : | |
| Defendants. : | |

### REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to the rules of this Court, counsel in the above-styled matter met telephonically on April 29, 2008, and submit this report regarding the issues discussed at their LCvR 16.3 Conference. A proposed Scheduling Order incorporating the parties' report is attached.

I.   STATEMENT OF THE CASE

This case arises out of events that began on February 23, 2007 when plaintiff, Jeffery Dormu, was arrested outside of his mother's home on Crittenden Street, NW. Dr Dormu, a vascular surgeon, was sitting in his vehicle on a cell phone when he was approached by officers Clifford, Janczyk, Pinto and Kyle of the Metropolitan Police Department. While accounts of the interaction vary between the parties, it is plaintiff's allegation that he was arrested without probable cause, was the subject of excessive force and was then falsely imprisoned. Charges were then brought against Dr. Dormu, who stood trial, and was found not guilty on all charges. As a result of this proceeding, plaintiff further alleges malicious prosecution.

This Court exercises jurisdiction over this matter pursuant to 42 USC 1983 and by virtue of 28 U.SC. 1367, supplemental jurisdiction.

II.     RULE 16.3 REPORT

1.  <u>Status of Dispositive Motions</u>. The Plaintiff does not believe that this personal injury action is likely to be resolved by dispositive motion following discovery. Defendants believe that all or some of the allegations in this lawsuit may be resolved by dispositive motion

2.  <u>Amended Pleadings</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

3.  <u>Assignment to Magistrate Judge</u>: The parties do not consent to assignment of a magistrate judge for trial.

4.  <u>Settlement Possibility</u>: The parties believe that mediation may prove beneficial in settlement of this matter; however, the parties believes that mediation should be conducted only after completion of all discovery.

5.  <u>Alternative Dispute Procedures</u>: The parties believe that alternative dispute resolution in the form of mediation may be beneficial in this matter; however, the parties believe that mediation will only be fruitful after completion of all discovery.

6.  <u>Dispositive Motions</u>: The parties believe that any dispositive motions should be filed within 30 days after close of discovery and that any oppositions and replies should be filed in accordance with LCvR 7 (b) and (d).

7.  <u>Initial Disclosures</u>: The parties agree to waive initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

8.  <u>Discovery</u>. The parties request 150 days for completion of discovery. The parties request the limits of 25 interrogatories and 10 depositions per side as set forth in the Federal Rules 30 and 33. The Plaintiff agrees to waive the requirement under Rule 26(E)(2)(B) that they provide

a list of the other cases where their expert witnesses have testified by deposition or at trial within the preceding 4 years, except each party shall be free to examine any expert witness on this subject during his/her deposition and at trial. Defendants request that all experts make their disclosures pursuant to Rule 26.

9. <u>Experts</u>: The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified. Plaintiff agrees to name his experts and provide the Expert Report(s) within sixty (60) days following the initial scheduling conference set for May 9, 2008, or by July 9, 2008, and the Defendants agree to name its experts and provide the Expert Report(s) sixty-days (60) days thereafter.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: At this time, the parties do not believe that bifurcation of this matter is necessary.

12. <u>Proposed Date for the Pretrial Conference</u>: The parties believe that the pretrial conference should be scheduled to allow for completion of discovery and any court ordered mediation prior to the pretrial conference.

13. <u>Trial Date</u>: The parties believe that a trial date should be scheduled after completion of discovery, and after completion of any court ordered mediation.

Respectfully submitted,

/s/Kenneth M. Trombly
Kenneth M. Trombly, #199547
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036
(202) 887-5000
Counsel for Plaintiff

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


     */s/Patricia A. Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


     */s/C. Vaughn Adams*
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail: corliss.adams@dc.gov

Attorneys for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY DORMU, | : |
| Plaintiff, | : CA No.: 1:2008-CV-00309 |
| v. | : Judge Kennedy |
| DISTRICT OF COLUMBIA, ET AL. | : |
| Defendants. | : |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this _____ day of _____, 2008 hereby

ORDERED that discovery shall be completed by October 9, 2008, a period of 5 months from the date of the initial May 9, 2008 scheduling conference in this matter, and it is further;

ORDERED that any dispositive motions shall be filed no later than 30 days after the close of discovery, and any oppositions and replies thereto shall be filed in accordance with LCvR 7 (b) and 7 (d); and it is further

ORDERED that Plaintiffs shall provide their expert reports within 60 days from the initial scheduling conference on May 9, 2008, or by July 9, 2008, and Defendant shall provide its export reports 60 days thereafter, or by September 8, 2008.

Date_____       _____
                                           HENRY H. KENNEDY, Jr.
                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY DORMU, | : |
| Plaintiff, | : CA No.: 1:2008-CV-00309 |
| v. | : Judge Kennedy |
| DISTRICT OF COLUMBIA, ET AL. | : |
| Defendants. | : |

**STIPULATION REGARDING INITIAL DISCLOSURES**

In accordance with Local Rule 16.3, the parties hereby do not waive the initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

/s/Kenneth M. Trombly
Kenneth M. Trombly, #199547
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036
(202) 887-5000
Counsel for Plaintiff

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/Patricia A. Jones
PATRICIA A. JONES [428132]

Chief, General Litigation Sec. IV


    /s/C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail: corliss.adams@dc.gov

Attorneys for the District of Columbia