UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY DORMU, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, ET AL. )<br>)<br>Defendants. )<br>) | Case No. 1:05 CV 01500 (HHK) |

## INTIAL SCHEDULING ORDER

The Court having convened a status conference on May 9, 2008, at which various scheduling dates were agreed upon by the parties and were deemed acceptable by the Court, it is this _____ day of _____, 2008,

ORDERED that Plaintiff shall name his experts and provide the Expert Report by July 9, 2008, and Defendants shall name their experts and provide the Expert Report(s) sixty (60) days thereafter, and it is further,

ORDERED that the parties shall complete discovery by 150 days following the initial scheduling conference of May 9, 2008, or by October, 9, 2008. The parties shall be limited to 25 interrogatories and 10 depositions per side as set forth in Federal Rules 30 and 33. The requirement under Rule 26(E)(2)(B) regarding providing a list of the other cases where their expert witnesses have testified by depositon or at trial within the preceeding 4 years is waived, except that each party shall be free to examine any expert witness on this subject during his/her deposition and at trial. All expert disclosures shall be made pursuant to Rule 26, and it is further,

ORDERED that the case shall be referred to a magistrate judge for the 60 day period following the close of disocvery, for the purpose of mediation, and it is further

ORDERED that any dispositive motions shall be filed within 30 days after the close of discovery and that any oppositions and replies shall be filed in accordance with LCvR 7 (b) and (d), and it is further,

ORDERED that the parties will appear before this Court for a status call on February 13, 2009 at 11:30, am, at which time a pretrial date will be set, and it is further,

ORDERED that a trial date shall be scheduled after completion of discovery, and after completion of any Court ordered mediation

Accordingly, the following deadines shall be in effect;

| | |
|---|---|
| Plaintiff's Expert Designations | 7/9/08 |
| Defendants' Expert Designations | 9/9/08 |
| Discovery Closed | 10/9/08 |
| Mediation with Magistrate Judge | 10/10/08-12/9/08 |
| Deadline for Filing Dispositive Motions | 11/10/08 |
| Opposition to Dispositive Motions | 12/10/08 |
| Response to Opposition | 12/29/08 |
| Status | 2/13/09 at 11:30 AM |

Henry H. Kennedy, Jr.
United States District Judge

Copy to:
Kenneth M. Trombly
1050 17th Street, NW
Suite 1250
Washington, DC 20036

C. Vaughn Adams
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001