REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:1983 Civil Rights Act | | | |
|---|---|---|---|---|
| CASE NO:<br>08-cv-309 | DATE REFERRED:<br>MAY 15, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>JOHN M. FACCIOLA |
| PLAINTIFF(S):<br>JEFFERY J. DORMU | | DEFENDANT(S):<br>DISTRICT OF COLUMBIA, et al. | | |
| ENTRIES: | | | | |