UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY DORMU,<br><br>          Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>          Defendants. | CA No.: 1:2008-CV-00309<br>Judge Kennedy |

## PLAINTIFF'S EXPERT DESIGNATIONS

Robert Klotz, 3210 Havenwood Court, Edgewater, MD 21037. Mr. Klotz, a former police officer, is a law enforcement consultant in the areas of police practices and procedures. He is expected to offer opinions as to national and local procedures and standards of care to be followed by police officers in encountering members of the public in situations including the type giving rise to this case. He is expected to offer opinions regarding national and local standards and procedures for an investigative stop as occurred in this case, circumstances under which arrests for disorderly conduct and other charges are appropriate, probable cause for arrest, circumstances for and methods of handcuffing, taking into custody, use of force, criminal prosecution and related issues.

He is expected to rely on his knowledge and experience in the field, as well as answers to interrogatories, deposition transcripts, MPDC documents and reports, national guidelines and standards such as CALEA and his examination of other discovery materials and documents

1

produced in this case. He is also expected to offer an opinion as to the causal connection between defendants' conduct, including breaches of the standard of care, and the plaintiff's injuries.

He is expected to opine, in part, that conduct of the officers, including but not limited to the arrest of plaintiff and handcuffing of plaintiff, lacked probable cause, involved the excessive use of force and were otherwise inconsistent with the conduct of a properly functioning police officer and with the applicable standards of care. Inasmuch as the parties have recently commenced discovery, we will be supplementing this submission as discovery progresses.

In addition to the above preliminary designation, the following individuals are fact witnesses who have treated Plaintiff and who may also be asked to offer opinions as to plaintiff's mechanism of injury, nature of injury, reasonableness and need for treatment, proximate cause, permanency, disability and related issues. They are expected to rely on their examinations and treatment of plaintiff, as well as their review of medical records and their experience in the field:

Jeffrey H. Phillips, MD and Neal Green, M.D., of Phillips & Green, M.D., 2600 Virginia Avenue, Northwest, Suite 604, Washington, D.C., 20037

Richard W. Barth, MD, 2021 K Street, NW, Suite 400, Washington, DC 20006

Inasmuch as plaintiff continues to be under medcial care in connection with injuries alleged to be caused by the events giving rise tothis litigation, we reserve the right to call other treating medical providers.

Respectfully submitted,

/s/
Kenneth M. Trombly, 199547
1050 17th Street, NW

Suite 1250
Washington, DC 20036
(202) 887-5000
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2008, a copy of the foregoing Plaintiff's Expert Designation was mailed and emailed to:

C, Vaughn Adams
Assistant Attorney General
441 4th St., NW, Civil Division
Sixth Floor South
Washington, DC 20001

*Counsel for Defendants*

                                                            /s/
                                         Kenneth M. Trombly