# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFERY DORMU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No: 08-00309 (RCL) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants** | ) |
| _____ | ) |

### JOINT PRAECIPE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the clerk shall dismiss the above-captioned action against Defendants Maurice Clifford, Jeff Janczyk, Ramey Kyle, and Scott Pinto with prejudice. Each party to bear its own costs.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

 /s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, General Litigation Sec. IV

/s/ Michael J. Lanzdorf
MICHAEL J. LANZDORF
D.C. Bar No. 997821
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6648; (202) 727-6295
Facsimile: (202) 741-0573
Email:  Michael.Lanzdorf@dc.gov

Counsel for Defendants District of Columbia,
Maurice Clifford, Jeff Janczyk, Ramey Kyle, and
Scott Pinto

-and-

/s/ Kenneth M. Trombly (mjl)
KENNETH M. TROMBLY, 199547
1050 17th Street, NW,  Suite 1250
Washington, DC 20036
(202)887-5000

Counsel for Plaintiff